UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FRANK DI GIOVANNI, and )
TERESA BOSTWICK, )
                                )
           Plaintiff,                 )           2:11-cv-0934-GMN-RJJ
                                )
vs.                               )
                                )
MICHAEL J. WILLIAMS, etc., *et al.*,    )        O R D E R
                                )
           Defendant,            )
_____ )

       This matter is before the Court on an Application to Proceed *in Forma Pauperis* filed by

Plaintiff Teresa Bostwick (#1).

       The Court having reviewed the Application (#1) and the proposed complaint attached

thereto and good cause appearing therefore,

       IT IS HEREBY ORDERED that a status hearing is scheduled for July 27, 2011, at 10:00

AM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.

So., Las Vegas, Nevada.

       IT IS FURTHER ORDERED that only Plaintiffs, Frank di Giovanni and Teresa

Bostwick, are required to appear in Court for this hearing. Plaintiffs are advised that failure to

appear for this hearing may result in a recommendation that this case be dismissed.

       IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

Plaintiffs, Frank di Giovanni and Teresa Bostwick by certified mail, return receipt requested.

       DATED this   29th   day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge