1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  CHRISTINE M. PARVAN, ESQ.
   Nevada Bar No. 10711
3  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
4  Las Vegas, Nevada 89101
   Telephone:    (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: christine.parvan@akerman.com

7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK DI GIOVANNI; TERESA BOSTWICK,<br><br>                          Plaintiffs,<br><br>vs.<br><br>MICHAEL J. WILLIAMS, and/or his successor, individually, and in his official capacity as FEDERAL NATIONAL MORTGAGE ASSOCIATION; BRIAN T. MOYNIHAN, and/or his successor, individually, and in his official capacity as PRES/CEO OF BAC HOME LOANS SERVICING, LP; JAMES F. TAYLOR and/or his successor, individually, and in his official capacity as PRES. OF FIN. & ADMIN. OF RECONTRUST COMPANY, N.A.; BRIAN T. MOYNIHAN and/or his successor, individually, and in his official capacity as PRES/CEO OF BANK OF AMERICA, N.A.; ANGELO MOZILO and/or his successor, individually, and in his official capacity as PRES/CEO OF COUNTRYWIDE HOME LOANS, INC.; R.K. ARNOLD and/or his successor, individually, and in his official capacity as PRES/CEO OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND JOHN DOES (Investors) 1-10,000, et. al.,<br><br>                          Defendants. | Case No.: 2:11-cv-00934-GMN-RJJ<br><br>**ORDER CANCELING LIS PENDENS** |

26  / / /

27  / / /

28  / / /

{21107376;1}                                1

1  This Court issued an Order Granting Defendants Bank of America, N.A.'s ("Defendants"), Motion to Expunge Lis Pendens [Dkt. 12] ("Motion") on November 14, 2011.

Defendants request that the lis pendens Plaintiffs FRANK DI GIOVANNI and TERESA BOSTWICK ("Plaintiffs") recorded against the subject property be canceled.

The Court finds that Plaintiffs recorded a Notice of Lis Pendens Affecting Real Property("Lis Pendens") on or about June 9, 2011, as Instrument Number 201106090000616 in real property records maintained by the Clark County Recorder.  A copy of the Lis Pendens is attached to the Motion as **Exhibit B** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**IT IS SO ORDERED** this 14th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Christine M. Parvan
ARIEL E STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*

{21107376;1}                                2